KIRBY AISNER & CURLEY LLP
*Proposed Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Dawn Kirby, Esq.
dkirby@kacllp.com
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

ONE EDGE MARINA FINANCE
COMPANY LLC,

                 Debtor.
-----------------------------------------------------------X
In re:

ONE15 BROOKLYN MARINA, LLC,

                 Debtor.
-----------------------------------------------------------X
In re:

ONE15 RESTAURANT LLC,

                 Debtor.
-----------------------------------------------------------X
In re:

ONE15 BROOKLYN SAIL CLUB, LLC,

                 Debtor.
-----------------------------------------------------------X

Chapter 11
Case No. 24-44027-ESS

Chapter 11
Case No. 24-44028-ESS

Chapter 11
Case No. 24-44030-ESS

Chapter 11
Case No. 24-44032-ESS

**DECLARATION OF ESTELLE LAU PURSUANT TO LOCAL
BANKRUPTCY RULE 1007-4 AND 9077-1 IN SUPPORT OF AN
ORDER SCHEDULING HEARING ON SHORTENED NOTICE
<u>AND THE RELIEF SOUGHT IN FIRST DAY MOTIONS</u>**

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF WESTCHESTER       )

ESTELLE LAU, being duly sworn, deposes and says:

1. I am the Chief Executive Officer of One Edge Marina Finance Company LLC ("**One Edge**"), ONE15 Brooklyn Marina, LLC ("**Marina**"), ONE15 Restaurant LLC ("**Restaurant**") and ONE15 Sail Club, LLC ("**Sail Club**" and together with One Edge, Marina and Restaurant, the "**Debtors**"), the above captioned debtors and debtors-in-possession. As such, I am fully familiar with the Debtors' operations, businesses and financial affairs.

2. I submit this declaration (the "**Declaration**") pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 1007-4 and 9077-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York (the "**Local Rules**") and in support of the Debtors' motions and applications filed substantially simultaneous with this declaration (the "**First Day Motion**s").

3. Part I of this Declaration describes the Debtors' business and circumstances leading to the commencement of these Chapter 11 Cases. Part II provides information required by Local Bankruptcy Rule 1007-4. Part III provides relevant facts in support of the Debtors' First Day Motions.

## PART I
## BACKGROUND

**I.** *The Debtors*

4. The Debtors collectively operate a waterfront facility located at 159 Bridge Park Drive in Brooklyn New York. Marina provides "wet" boat storage for over 100 vessels and various other basic facilities and services including superyacht amenities and luxury concierge services to

2

its customers. Marina also owns a fleet of its own boats which are utilized by the Sail Club and its members. Sail Club is a membership-based organization that provides usage of the Marina's fleet, sailing classes and certification opportunities and racing. Restaurant owns and operates *Estuary at One15 Brooklyn Marina* which is a waterfront restaurant serving the public with indoor and outdoor space.

5. The development of the Debtors' facilities began back in 2014 at which time the current owner of One Edge had a partner who was responsible for the design and construction of the site, with One Edge's contemplated role being operations. Unfortunately, the construction was not accomplished with the accuracy, precision and budget contemplated and the current equity holder had to step in, take over the entire project, correct and complete it. The result of these issues was a development price tag of nearly double the budgeted cost and a three-year delay in opening from 2017 to 2020. Thanks to steadfast funding by the ownership and the numerous subsidies and assistance provided by the government during the COVID-19 pandemic, the Debtors were able to remain viable.

6. Once the pandemic was behind them and the restrictions lifted, the Debtors were able to move forward with their plans but as with any new business, operating losses were regular and had to be funded. Unfortunately, in or around fall 2023 the Debtors' investors made the decision to cease funding. The Debtors fell behind on rent and other critical expenses.

7. When it became clear that the Debtors would not be able to sustain their operations, they turned their efforts to selling their assets to a new operator. A number of parties expressed interest in moving forward with a strategic transaction and extensive negotiations followed. Unfortunately, several hurdles and complexities arose which delayed the Debtors' ability to move forward with a transaction. During that time the Debtors fell further behind on their rent. The

Debtors' facility and the leases that entitle them to occupy it are extremely valuable. These Chapter 11 Cases were filed to preserve and protect the Debtors assets and enable them to close on a sale transaction that provides a meaningful recovery to the Debtors' creditors and preserves the Debtors various businesses as going concerns and the numerous jobs they provide.

## PART II
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

1. In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information related to the Debtors, which is set forth below.

**Local Rule 1007-2(a)(1)**

2. The nature of the Debtors' businesses and a concise statement of the circumstances leading to the Debtors' filings are outlined above in Part I.

**Local Rule 1007-2(a)(2)**

3. These cases were not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "**Bankruptcy Code**").

**Local Rule 1007-2(a)(3)**

4. Upon information and belief, no committee was organized prior to the order for relief in these Chapter 11 Cases.

**Local Rule 1007-2(a)(4)**

5. A consolidated list of the names and addresses of the Debtors' 30 largest unsecured claims, excluding "insiders" as that term is defined in §101(31) of the Bankruptcy Code, is annexed hereto as Exhibit A.

**Local Rule 1007-2(a)(5)**

6. A list of the names and addresses of the Debtors' 5 largest secured creditors is

4

annexed hereto as <u>Exhibit B</u>.

**Local Rule 1007-2(a)(6)**

7.      A recent balance sheet for the Debtors is not available at this time.

**Local Rule 1007-2(a)(7)**

8.      There are no publicly held securities of any of the Debtors.

**Local Rule 1007-2(a)(8)**

9.      None of the Debtors' property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-2(a)(9)**

10.     The Debtors operate from leased premises located at 159 Bridge Park Drive, Brooklyn, New York 11201. This tenancy arises out of two (2) leases; Marina is a party to a lease with Brooklyn Bridge Park Corporation for the area known as Pier 5 Marina Concession, and Restaurant is a party to a lease with 360 Brooklyn Investors LLC for the commercial condominium unit in One Brooklyn Bridge Park Condominium.

**Local Rule 1007-2(a)(10)**

11.     The Debtors' substantial assets, as well as their books and records are located at 159 Bridge Park Drive, Brooklyn, New York 11201.

**Local Rule 1007-2(a)(11)**

12.     There are currently no pending actions against any of the Debtors.

**Local Rule 1007-2(a)(12)**

13.     The Debtors' senior management consists of: Estelle Lau, Chief Executive Officer, Stephen Yip, Chief Operations Officer and Director of Sailing.

**Local Rule 1007-2(b)(1)**

14. One Edge does not have any employees and as such, it has no payroll.

15. Marina employs nine (9) people (of which, one (1) person, Estelle Lau, is an Insider). The estimated payroll to Marina's employees (exclusive of officers and directors) for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $41,000.00.

16. Sail Club employs one (1) person. The estimated payroll to Sail Club's employee (exclusive of officers and directors) for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $6,500.00.

17. Restaurant employs seventeen (17) people. The estimated payroll to Restaurant's employees (exclusive of officers and directors) for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $3,000.

**Local Rule 1007-2(b)(2)**

18. The estimated amount to be paid for services to the Debtors' officers and directors for the thirty (30) day period following the filing of its Chapter 11 petition is approximately $9,000.00.

**Local Rule 1007-2(b)(3)**

19. The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petitions, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is annexed hereto as <u>Exhibit C</u>.

**PART III**
**FIRST DAY MOTIONS AND APPLICATION**
**FOR HEARING ON SHORTENED NOTICE**

20. Contemporaneously with these Chapter 11 filings, the Debtors expect to file a

number of motions and applications (the "**First Day Motions**") as follows:

- Debtors' Motion, on Shortened Notice, Requesting (i) Use of Cash Collateral Pursuant to 11 U.S.C. §363(c)(2) and Bankruptcy Rule 4001, (ii) Providing Adequate Protection Pursuant to 11 U.S.C. §§361 and 362 and (iii) Scheduling a Final Hearing (the "**Cash Collateral Motion**");

- Application for Authorization for the Debtors to (1) pay and honor certain prepetition claims for (i) wages, salaries, employee benefits and other compensation, (ii) withholdings and deductions and (iii) reimbursable expenses; (2) continue to provide employee benefits in the ordinary course of business; (3) pay all related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing (the "**Employee Payroll Motion**"); and

- Motion of the Debtors' pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Entry of an Order Directing the Joint Administration of the Chapter 11 Cases (the "**Joint Administration Motion**").

21. I have reviewed the First Day Motions and, to the best of my knowledge, information and belief, the facts set forth therein are true and correct and the relief sought therein is critical to the smooth transition into Chapter 11, to avoid immediate and irreparable harm to the estates, avoid any interruption to the Debtors or their businesses and operations and to maximize the value of the Debtors for the benefit of their creditors and estates. Moreover, the relief requested in the First Day Motions should be heard and determined on an expedited basis in order to ensure that there is no disruption in their operations, that employees, vendors and customers are all comfortable that the Debtors operations are "business as usual" so as to ensure that they continue to transact business with the Debtors.

**Cash Collateral Motion**

22. The immediate and continued use of cash collateral is essential to the operation of the Debtors' (Sail Club and Restaurant) businesses and both preserves and protects the Debtors as

7

a going concern and will aid in the Debtors' effort to propose and fund a Chapter 11 plan.

23.     The Debtors are in the process of finalizing the terms of a sale of their assets. A condition of this transaction is that the assets are preserved and protected pending closing, which includes the preservation of certain key employees. If the Debtors are unable to utilize their cash, the assets could be jeopardized as well as the transaction as a whole.

24.     Thus, I believe that the use of the Debtors' cash collateral is crucial to the Debtors' efforts to preserve value for their stakeholders and prevent immediate and irreparable harm to the value of the Debtors' estates.

**Employee Wage Motion**

25.     The Debtors' respective employees are critical and necessary for their ongoing operations. As a result of the timing of the Chapter 11 filing, a portion of Marina, Sail Club and Restaurant's next payroll covers a pre-petition period. If Marina, Sail Club and Restaurant are unable to pay their respective employees their wages as scheduled, there would be irreparable harm caused to the employee morale, their confidence in their respective employer and their ability to remain viable and possible loss of critical employees. Should this happen, the Debtors' reorganization efforts would certainly be impaired.

**Joint Administration Motion**

26.     With respect to the Joint Administration Motion, the Debtors seek the procedural joint administration of their Chapter 11 Cases in order to provide for the most efficient and property administration of their cases. Many of the motions, hearings and orders that will arise in the Chapter 11 Cases will jointly affect both of the Debtors. By jointly administering the Chapter 11 Cases, the Debtors will be able to reduce fees and costs resulting from the administration of these cases and ease the onerous administrative burden of having to file multiple and duplicative

8

documents.

**Hearing on First Day Motions on Shortened Notice**

27. In addition to the First Day Motions, the Debtors have requested entry of an order scheduling a hearing on shortened notice on the First Day Motions. The relief sought in the First Day Motions is immediately necessary to enable the Debtors to operate effectively as debtors-in-possession following the commencement of their Chapter 11 Cases.

28. Thus, I believe that good cause exists to have a hearing on the First Day Motions which typically requires a minimum of twenty (20) days' notice as provided for in Federal Rule of Bankruptcy Procedure 2002.

## CONCLUSION

I respectfully request that the Court grant all of the relief requested in the First Day Motions and Applications.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Scarsdale, New York
         September 26, 2024

| ONE EDGE MARINA FINANCE LLC | ONE15 BROOKLYN MARINA LLC |
|---|---|
| By: */s/ Estelle Lau*<br>     Estelle Lau, Chief Executive Officer | By: */s/ Estelle Lau*<br>     Estelle Lau, Chief Executive Officer |
| ONE15 RESTAURANT LLC | ONE15 BROOKLYN SAIL CLUB LLC |
| By: */s/ Estelle Lau*<br>     Estelle Lau, Chief Executive Officer | By: */s/ Estelle Lau*<br>     Estelle Lau, Chief Executive Officer |

# Exhibit "A"
## Top 30 Consolidated Unsecured Creditors

| | | |
|---|---|---|
| ASE HVAC, Inc.<br>65-31 Grand Ave<br>Maspeth, NY 11378 | Autotap Corporation<br>P.O. Box 66<br>Point Lookout, NY 11569 | Bernie Chan<br>c/o Wildenberg & Chan CPA's PLLC<br>1884 Wantagh Avenue<br>Wantagh, NY 11793 |
| Brooklyn Bridge Park Corporation<br>334 Furman Street<br>Brooklyn, NY 11201 | Chase Credit Card<br>P.O. Box 15298<br>Wilmington, DE 19850 | Choi's Pest Management Service<br>3635 167th Street Apt 2E<br>Flushing, NY 11358 |
| Cintas<br>P.O. Box 631026<br>Cincinnati, OH 45263 | Dairyland USA Corp.<br>240 Food Center Drive<br>Bronx, NY 10474 | Golenbock Eiseman Assor Bell & Peskoe<br>711 Third Avenue<br>New York, NY 10017 |
| Hanover Insurance Group<br>17 State Street, St 810<br>New York, NY 10004 | HUB International Limited<br>100 Sunnyside Blvd<br>Woodbury, NY 11797 | Imperial Dade<br>P.O. Box 27305<br>New York, NY 10087 |
| MS Walker<br>270 North Avenue Suite 709<br>New Rochelle, NY 10801 | OBBP Retail Owner LLC<br>1251 Avenue of the Americas<br>New York, NY 10020 | Out of the Blue Wholesale LLC<br>1271 Ryawa Avenue<br>Bronx, NY 10474 |
| Park Street Imports<br>1000 Brickell Avenue<br>Miami, FL 33131 | Rivera Produce<br>205 Jackson Street<br>Englewood, NJ 07631 | Russell Raykin<br>31275 Conleys Chapel Road<br>Lewes, DE 19958 |
| Scientific Electric Co. Inc.<br>1475 East 222nd Street<br>Bronx, NY 10469 | Sound Marine Construction and Salvage<br>One Van Houten Street<br>Nyack, NY 10960 | Stephen Yip<br>90 Kane Street Apt. 3<br>Brooklyn, NY 11231 |
| The Kayak Foundation<br>349 Degraw Street #3<br>Brooklyn, NY 11231 | Thierry Atlan Confectionary<br>146 Redneck Avenue<br>Moonachie, NJ 07074 | TMS-Waterfront<br>1 Van Houten Street<br>Nyack, NY 10960 |
| United Hood Cleaning<br>33-55 55th Street<br>Woodside, NY 11377 | US Foods<br>1051 Amboy Avenue<br>Perth Amboy, NJ 08861 | Wildenberg & Chan CPA's PLLC<br>1884 Wantagh Avenue<br>Wantagh, NY 11793 |

**Exhibit "B"**
**Top 5 Secured Creditors**

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham AL 3523

# Exhibit "C"
## Cash Receipts/Disbursements

**PROJECT ONE15**
**Consolidated**

|  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
| **ONE15 Brooklyn Marina** | | | | | |
| Revenues | $ 12,500 | $ 10,000 | $ 8,000 | $ 7,000 | $ 5,000 |
| Expenses | $ 11,473 | $ 30,365 | $ 30,590 | $ 28,613 | $ 13,398 |
| P&L | $ 1,027 | $ (20,365) | $ (22,590) | $ (21,613) | $ (8,398) |
| | | | | | |
| Beginning Cash Balance* | $ 81,322 | $ 82,349 | $ 31,138 | $ 8,548 | $ (18,879) |
| Interim Balance after P&L | $ 82,349 | $ 61,984 | $ 8,548 | $ (13,065) | $ (27,277) |
| Payment to Sail Club | $ - | $ - | $ - | $ - | $ - |
| Payment to Restaurant | $ - | $ - | $ - | $ 5,714 | $ 9,045 |
| Payment to ONE Edge Marina Finance | $ - | $ 30,846 | $ - | $ 100 | $ - |
| Ending Balance | $ 82,349 | $ 31,138 | $ 8,548 | $ (18,879) | $ (36,322) |

|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
|---|---|---|---|---|---|
| **ONE15 Brooklyn Sail Club** | | | | | |
| Revenues | $ 2,000 | $ 1,500 | $ 1,000 | $ 500 | $ - |
| Expenses | $ 1,225 | $ 4,452 | $ 1,225 | $ 4,373 | $ 1,225 |
| P&L | $ 775 | $ (2,952) | $ (225) | $ (3,873) | $ (1,225) |
| | | | | | |
| Beginning Cash Balance* | $ 10,000 | $ 10,775 | $ 7,823 | $ 7,598 | $ 3,725 |
| Interim Balance after P&L | $ 10,775 | $ 7,823 | $ 7,598 | $ 3,725 | $ 2,500 |
| Due from Marina | $ - | $ - | $ - | $ - | $ - |
| Ending Balance | $ 10,775 | $ 7,823 | $ 7,598 | $ 3,725 | $ 2,500 |

|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
|---|---|---|---|---|---|
| **ONE15 Restaurant** | | | | | |
| Revenues | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,000 | $ 2,000 |
| Expenses | $ 26,374 | $ 12,094 | $ 5,161 | $ 9,135 | $ 11,045 |
| P&L | $ (23,874) | $ (9,594) | $ (2,661) | $ (7,135) | $ (9,045) |
| | | | | | |
| Beginning Cash Balance* | $ 37,550 | $ 13,676 | $ 4,082 | $ 1,421 | $ - |
| Interim Balance after P&L | $ 13,676 | $ 4,082 | $ 1,421 | $ (5,714) | $ (9,045) |
| Due from Marina | $ - | $ - | $ - | $ 5,714 | $ 9,045 |
| Ending Balance | $ 13,676 | $ 4,082 | $ 1,421 | $ - | $ - |

|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
|---|---|---|---|---|---|
| **ONE Edge Marina Finance** | | | | | |
| Revenues | $ - | $ - | $ - | $ - | $ - |
| Expenses | $ - | $ 30,846 | $ - | $ 100 | $ - |
| P&L | $ - | $ (30,846) | $ - | $ (100) | $ - |
| | | | | | |
| Beginning Cash Balance* | $ - | $ - | $ - | $ - | $ - |
| Interim Balance after P&L | $ - | $ (30,846) | $ - | $ (100) | $ - |
| Due from Marina | $ - | $ 30,846 | $ - | $ 100 | $ - |
| Ending Balance | $ - | $ - | $ - | $ - | $ - |

*Start cash in bank as of 9/23/2024 all in marina

|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
|---|---|---|---|---|---|
| **Consolidated** | | | | | |
| Revenues | $ 17,000 | $ 14,000 | $ 11,500 | $ 9,500 | $ 7,000 |
| Expenses | $ 39,072 | $ 77,757 | $ 36,976 | $ 42,221 | $ 25,668 |
| P&L | $ (22,072) | $ (63,757) | $ (25,476) | $ (32,721) | $ (18,668) |
| | | | | | |
| Beginning Cash Balance* | $128,872 | $106,800 | $ 43,043 | $ 17,568 | $ (15,154) |
| P&L | $ (22,072) | $ (63,757) | $ (25,476) | $ (32,721) | $ (18,668) |
| Ending Balance | $106,800 | $ 43,043 | $ 17,568 | $ (15,154) | $ (33,822) |

|  | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
|  | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
| **Marina** | | | | | |
| All Cash in Bank | | | | | |
| Transient | $ 12,500 | $ 10,000 | $ 8,000 | $ 7,000 | $ 5,000 |
| Seasonal | $ - | $ - | $ - | $ - | $ - |
| Total Revenues | $ 12,500 | $ 10,000 | $ 8,000 | $ 7,000 | $ 5,000 |
| **Insurance** | | | | | |
| Hanover Insurance (See One Edge) | | | | | |
| First Insurance Funding | $ 1,537 | | | | $ 1,537 |
| First Insurance Funding (Allied World - Pollution) | $ 2,576 | | | | $ 2,576 |
| **Payroll** | | | | | |
| CEO - Estelle Lau | | $ 3,902 | | $ 3,902 | |
| COO - Stephen Yip | | $ 3,992 | | $ 3,992 | |
| Dockmaster - | | $ 3,726 | | $ 3,726 | |
| Asst Dockmaste - | | $ 2,444 | | $ 2,444 | |
| Facilities - | | $ 3,222 | | $ 3,222 | |
| Dockhand - | | $ 1,894 | | $ 947 | |
| IT - | | $ 2,367 | | $ 2,367 | |
| **Heathcare** | | | | | |
| CEO - Estelle Lau | | $ 1,256 | | | |
| COO - Stephen Yip | | $ 1,256 | | | |
| Dockmaster - | | $ - | | | |
| Asst Dockmaste - | | $ - | | | |
| Facilities - | | $ 1,267 | | | |
| Dockhand - | | $ 1,267 | | | |
| Healthcare | | | | $ 1,878 | |
| Molo Platform Fees | $ 375 | $ 300 | $ 240 | $ 210 | $ 150 |
| **Utilities** | | | | | |
| Con Edison | | | $ 23,000 | | |
| Internet (Verizon) | | | $ 300 | | |
| Phone Service (paid by SC) | | $ 350 | | | |
| **Marina Marketing** | | | | | |
| Dockwa | $ 330 | | | | $ 330 |
| Dockwa Merchant Fee | | | | | |
| Website Maintenance | | | | | |
| **Facilities Management** | | | | | |
| Milo Consulting | $ 2,000 | | $ 2,000 | | $ 2,000 |
| Homefront Security | $ 1,050 | | | | $ 1,050 |
| Overnight Security | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 |
| Bookkeeping | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| **Marina Supplies** | | | | | |
| Docks | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Freshwater System | $ - | $ - | $ 500 | $ 2,500 | $ 2,500 |
| Waste Water | | | $ 250 | $ 500 | |
| Electrical | | | $ 250 | | |
| Security System | | | $ 500 | | |
| Truck Maintenance | | | $ 750 | | |
| Truck Fuel | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 |
| Quickbooks | | $ 587 | | | |
| MS Office | $ 350 | | | $ 350 | |
| Cisco Systems | $ 425 | $ 60 | | | $ 425 |
| Norton Anti Virus | | | | $ 100 | |
| Godaddy | $ 30 | | | | $ 30 |
| ADP (Bi weekly) | $ 325 | | $ 325 | | $ 325 |
| **Total Expenses** | $ 11,473 | $ 30,365 | $ 30,590 | $ 28,613 | $ 13,398 |
| **P&L** | $ 1,027 | $ (20,365) | $ (22,590) | $ (21,613) | $ (8,398) |

**Sail Club**

| | | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| | | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
| | | | | | | |
| Revenue | | $ 2,000 | $ 1,500 | $ 1,000 | $ 500 | $ - |
| | | | | | | |
| Payroll | | | | | | |
| COO - Stephen Yip | $ 2,662 | | $ 2,662 | | $ 2,662 | |
| | | | | | | |
| EIDL | | | | | $ 617 | |
| | | | | | | |
| | | | | | | |
| Zoho Billing | | | | | $ 29 | |
| Bookeeeping | | $ 875 | $ 875 | $ 875 | $ 875 | $ 875 |
| Gaggle Mail | | | $ 10 | | | |
| Constant Contact | | | $ 170 | | | |
| Microsoft | | | $ 580 | | | |
| Godaddy | | | | | $ 190 | |
| Smart Waiver | | | $ 20 | | | |
| Quickbooks | | | $ 110 | | | |
| Adobe | | | $ 25 | | | |
| ADP | | $ 350 | | $ 350 | | $ 350 |
| | | | | | | |
| Total Expenses | | $ 1,225 | $ 4,452 | $ 1,225 | $ 4,373 | $ 1,225 |
| | | | | | | |
| Total P&L | | $ 775 | $ (2,952) | $ (225) | $ (4,373) | $ (1,225) |

| Restaurant | | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Start | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
| | | | | | |
| Bar Only - Wed to Sund | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,000 | $ 2,000 |
| | | | | | |
| Bar Only - Wed to Sund | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,000 | $ 2,000 |
| Total Revenue | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,000 | $ 2,000 |
| | | | | | |
| COGS | | | | | |
| Bar Only - Wed to Sund | $ 875 | $ 875 | $ 875 | $ 700 | $ 700 |
| Previous A/P | $ 4,000 | $ 4,000 | | | |
| Payroll | | | | | |
| GM - | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 | $ 1,395 |
| Floor Manager - | $ 1,553 | $ 1,553 | $ 1,553 | | |
| | | | | | |
| Bar - | $ 414 | | | | |
| Bar - | $ 414 | | | | |
| | | | | | |
| Bakery | | | | | |
| Shop - | $ 828 | | | | |
| Shop - | $ 414 | | | | |
| Shop - | $ 414 | | | | |
| Pastry - | $ 621 | | | | |
| | | | | | |
| Kitchen/Front | | | | | |
| Dish - | $ 782 | | | | |
| Server - | $ 518 | | | | |
| Server - | $ 828 | | | | |
| Server - | $ 828 | | | | |
| Line - | $ 828 | | | | |
| Line - TBD | $ 920 | | | | |
| | | | | | |
| Health Care | | | | | |
| GM - | | $ 1,661 | | | |
| Floor Manager - | | $ 977 | | | |
| | | | | | |
| Con Edison | $ 6,500 | | | | $ 6,000 |
| National Grid | $ 900 | | | $ 800 | |
| Internet | $ 375 | | | $ 375 | |
| Ooma (paid by SC) | | | $ 155 | | |
| | | | | | |
| Bookkeeping (Savvy Ac | $ 875 | $ 875 | $ 875 | $ 875 | $ 875 |
| | | | | | |
| G&A | | | | | |
| | | | | | |
| Toast POS | $ 350 | | | | $ 350 |
| Toast Merchant Fees | $ 88 | $ 88 | $ 88 | $ 70 | $ 70 |
| Resy.com | $ 450 | | | | $ 450 |
| Extermination | | | | | |
| Sanitation Removal | $ 800 | | | | $ 800 |
| Cleaning and Sanitation | | | | | |
| | | | | | |
| Exhaust Hood & Precipitator | | | | $ 3,500 | |
| Fire Alarm (Crossfire) | | $ 100 | | | |
| Boiler | | | | $ 1,200 | |
| | | | | | |
| License and Permits | | | | | |
| Office Expenses | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 |
| Web Site - Wix | $ 45 | | | | $ 45 |
| ADP | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Dues and Subscriptions | $ 40 | | | | $ 40 |
| Dues and Subscriptions | $ 100 | | | | $ 100 |
| Dues and Subscriptions - Deputy.c | | $ 350 | | | |
| | | | | | |
| Total Expenses | $ 26,374 | $ 12,094 | $ 5,161 | $ 9,135 | $ 11,045 |
| | | | | | |
| P&L | $(23,874) | $ (9,594) | $ (2,661) | $ (7,135) | $ (9,045) |

| ONE Edge Marina Finance | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 1 | 2 | 3 | 4 | 5 |
| | | 9/23/2024 | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 |
| | | | | | | | |
| | | | | | | | |
| Revenues | | | | | | | |
| | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Insurance | | | | | | | |
| Great American Insurance | | $ - | $ - | $ 1,200 | | | |
| Hanover Insurance - Ocean | | $ - | $ - | $ 26,459 | | | |
| Hanover Insurance - Worker Comp | | $ - | $ - | $ 1,804 | | | |
| Hanover Insurance - Ocean | | $ - | $ - | $ 1,383 | | | |
| | | | | | | | |
| Quickbooks | | $ 100 | $ - | | | $ 100 | |
| | | | | | | | |
| | | | | | | | |
| Total Expense | | $ 100 | $ - | $ 30,846 | $ - | $ 100 | $ - |
| | | | | | | | |
| P&L | | $ (100) | $ - | $(30,846) | $ - | $ (100) | $ - |