| | |
|---|---|
| KIRBY AISNER & CURLEY LLP<br>*Proposed Attorneys for the Debtors*<br>700 White Plains Road, Suite 237<br>Scarsdale, New York 10583<br>Tel: (914) 401-9500<br>Dawn Kirby, Esq.<br>dkirby@kacllp.com<br>Erica R. Aisner, Esq.<br>eaisner@kacllp.com | *Hearing Date: October 2, 2024*<br>*Hearing Time: 1:00 p.m.* |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

ONE15 BROOKLYN MARINA, LLC,

                Debtor.
----------------------------------------------------------X
In re:

ONE15 RESTAURANT LLC
*dba* Estuary at ONE15 Brooklyn Marina,

                Debtor.
----------------------------------------------------------X
In re:

ONE15 BROOKLYN SAIL CLUB, LLC,

                Debtor.
----------------------------------------------------------X

Chapter 11
Case No. 24-44028-ESS

Chapter 11
Case No. 24-44030-ESS

Chapter 11
Case No. 24-44032-ESS

**SUPPLEMENT TO MOTION FOR AN ORDER (A) AUTHORIZING CERTAIN DEBTORS TO (1) PAY AND HONOR CERTAIN PREPETITION CLAIMS FOR (I) WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER COMPENSATION, AND (II) WITHHOLDINGS AND DEDUCTIONS; (2) CONTINUE TO PROVIDE EMPLOYEE BENEFITS IN THE ORDINARY COURSE OF BUSINESS; (3) PAY ALL RELATED COSTS AND EXPENSES; AND (B) DIRECTING BANKS TO RECEIVE, PROCESS, HONOR AND PAY ALL CHECKS AND <u>ELECTRONIC PAYMENT REQUESTS RELATING TO THE FOREGOING</u>**

**TO: THE HONORABLE ELIZABETH S. STONG,
     UNITED STATES BANKRUPTCY JUDGE:**

ONE15 Brooklyn Marina, LLC ("**Marina**"), ONE15 Restaurant LLC ("**Restaurant**") and ONE15 Sail Club, LLC ("**Sail Club**" and together with Marina and Restaurant, the "**Debtors**"), the above-captioned debtors and debtors-in-possession, by their proposed attorneys, Kirby Aisner & Curley LLP, hereby file this supplement (the "**Supplement**") to the Debtors' motion (the "**Motion**") [ECF No. 9] for authority to (1) pay and honor certain prepetition claims for (i) wages, salaries, employee benefits and other compensation, and (ii) withholdings and deductions; (2) continue to provide employee benefits in the ordinary course of business; (3) pay related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks relating to the foregoing. In support of the Motion and this Supplement, the Debtors respectfully state as follows:

1. On October 4, 2024, the Marina's Payroll to Employees[1] is due for the period of September 16, 2024 through September 29, 2024 (which is scheduled to be paid on October 4, 2024). The total amount due to Marina's Employees is $21,557.82. These amounts were earned prior to (September 16, 2024 through September 25, 2024) and after (September 26, 2024 through September 29, 2024) the Petition Date (the "**Marina Employee Unpaid Compensation**").

2. The Marina Employee Unpaid Compensation total amount *includes $2,307.69 salary due to the Marina's Chief Executive Officer, Estelle T. Lau* (the "**Insider**").

3. October 4, 2024, the Sail Club's Payroll to Employees is due for the period of September 16, 2024 through September 29, 2024 (which is scheduled to be paid on October 4, 2024). The total amount due to Sail Club's Employees is $2,662.41. These amounts were earned prior to (September 16, 2024 through September 25, 2024) and after (September 26, 2024

---

[1] Capitalized terms not defined herein shall have the same meaning as in the Motion.

through September 29, 2024) the Petition Date (the "**Sail Club Employee Unpaid Compensation**").

4. October 4, 2024, the Restaurant's Payroll to Employees is due for the period of September 23, 2024 through September 29, 2024 (which is scheduled to be paid on October 4, 2024). The total amount due to Restaurant's Employees is $7,938.94. These amounts were earned prior to (September 23, 2024 through September 25, 2024) and after (September 26, 2024 through September 29, 2024) the Petition Date (the "**Restaurant Employee Unpaid Compensation**", together with the Marina Employee Unpaid Compensation and the Sail Club Employee Unpaid Compensation, the "**Unpaid Compensation**").

5. At the time the Motion was filed, the payroll reports were not yet available for the period the Debtors seek to pay on October 4, 2024. The payroll reports have since been calculated. Annexed hereto please find a copy of the payroll summaries.

6. None of the Unpaid Compensation sought to be paid to Employees or the Insider exceeds the $15,150 priority cap in § 507(a)(4) of the Bankruptcy Code.

**WHEREFORE,** the Debtors respectfully request that the Court enter an Interim Order granting the Debtors' Motion, together with such other and further relief as the Court deems appropriate.

Dated: Scarsdale, New York
October 2, 2024

KIRBY AISNER & CURLEY, LLP
*Proposed Attorneys for the Debtors*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
eaisner@kacllp.com

By: */s/ Erica R. Aisner*
Erica R. Aisner, Esq.

3

**ONE15 Brooklyn Marina, LLC**
**24-44028-ESS**

Payroll Report
(September 16, 2024 through September 29, 2024)

## Payroll Preview

| Hours and Earnings ||||  Taxes || Deductions || | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Department: 1 - Office** |||||||||||
| *Employee:* ▮▮▮▮▮ |||||||||||
| Regular | 5.00 | 18.0000 | 90.00 | FED FIT | 0.00 | New York voluntary disability | 0.45 | 82.32 | FED SOCSEC-ER | 5.58 |
|  | 5.00 |  | 90.00 | FED SOCSEC | 5.58 |  |  |  | FED MEDCARE-ER | 1.31 |
|  |  |  |  | FED MEDCARE | 1.31 |  | 0.45 |  | FED FUTA | 0.54 |
|  |  |  |  | NY SIT | 0.00 |  |  |  | NY SUI-ER | 3.06 |
|  |  |  |  | NY PFL | 0.34 |  |  |  |  | 10.49 |
|  |  |  |  | NY3301 - New York City ResidentLIT | 0.00 |  |  |  |  |  |
|  |  |  |  |  | 7.23 |  |  |  |  |  |
| **Department Totals: 1 - Office** |||||||||||
| Regular | 5.00 | 18.0000 | $90.00 | FED FIT | $0.00 | New York voluntary disability | $0.45 | $82.32 | FED SOCSEC-ER | $5.58 |
|  | 5.00 |  | $90.00 | FED SOCSEC | $5.58 |  |  |  | FED MEDCARE-ER | $1.31 |
|  |  |  |  | FED MEDCARE | $1.31 |  | $0.45 |  | FED FUTA | $0.54 |
|  |  |  |  | NY SIT | $0.00 |  |  |  | NY SUI-ER | $3.06 |
|  |  |  |  | NY PFL | $0.34 |  |  |  |  | $10.49 |
|  |  |  |  | NY3301 - New York City ResidentLIT | $0.00 |  |  |  |  |  |
|  |  |  |  |  | $7.23 |  |  |  |  |  |
| **Total Net Pays for - 1 - Office: 1** |||||||||||
| **Department: 2 - Dock Staff** |||||||||||
| *Employee:* ▮▮▮▮▮ |||||||||||
| Regular | 0.00 |  | 3,461.54 | FED FIT | 447.73 | New York voluntary disability | 1.20 | 2,439.26 | FED SOCSEC-ER | 214.62 |
|  | 0.00 |  | 3,461.54 | FED SOCSEC | 214.61 |  |  |  | FED MEDCARE-ER | 50.19 |
|  |  |  |  | FED MEDCARE | 50.19 |  | 1.20 |  |  | 264.81 |
|  |  |  |  | NY SIT | 168.77 |  |  |  |  |  |
|  |  |  |  | NY PFL | 12.91 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | 126.87 |  |  |  |  |  |
|  |  |  |  |  | 1,021.08 |  |  |  |  |  |
| **Department Totals: 2 - Dock Staff** |||||||||||
| Regular | 0.00 |  | $3,461.54 | FED FIT | $447.73 | New York voluntary disability | $1.20 | $2,439.26 | FED SOCSEC-ER | $214.62 |
|  | 0.00 |  | $3,461.54 | FED SOCSEC | $214.61 |  |  |  | FED MEDCARE-ER | $50.19 |
|  |  |  |  | FED MEDCARE | $50.19 |  | $1.20 |  |  | $264.81 |
|  |  |  |  | NY SIT | $168.77 |  |  |  |  |  |
|  |  |  |  | NY PFL | $12.91 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | $126.87 |  |  |  |  |  |

Company: One15 Brooklyn Marina LLC  
Check date: 10/04/2024  
Pay Period: 09/16/2024 to: 09/29/2024

1 of 4

Date Printed: 10/02/2024 09:33  
22203325 - RX/5CT

## Payroll Preview

| Hours and Earnings ||||  Taxes ||  Deductions ||  | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| | | | | | $1,021.08 | | | | | |

**Total Net Pays for - 2 - Dock Staff: 1**

**Department: 3 - Sail Club Staff**

**Employee:** ▮▮▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 3,576.93 | FED FIT | 417.42 | New York voluntary disability | 1.20 | 2,038.73 | FED SOCSEC-ER | 221.05 |
| | 0.00 | | 3,576.93 | FED SOCSEC | 221.04 | ADP RS employee before-tax % | 572.30 | | FED MEDCARE-ER | 51.70 |
| | | | | FED MEDCARE | 51.70 | | | | ADP RS employer match | 143.06 |
| | | | | NY SIT | 142.63 | Medical pre-tax 1 | 11.62 | | | 415.81 |
| | | | | NY PFL | 13.34 | | 585.12 | | | |
| | | | | NY3301 - New York City ResidentLIT | 106.95 | | | | | |
| | | | | | 953.08 | | | | | |

**Department Totals: 3 - Sail Club Staff**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $3,576.93 | FED FIT | $417.42 | New York voluntary disability | $1.20 | $2,038.73 | FED SOCSEC-ER | $221.05 |
| | 0.00 | | $3,576.93 | FED SOCSEC | $221.04 | ADP RS employee before-tax % | $572.30 | | FED MEDCARE-ER | $51.70 |
| | | | | FED MEDCARE | $51.70 | | | | ADP RS employer match | $143.06 |
| | | | | NY SIT | $142.63 | Medical pre-tax 1 | $11.62 | | | $415.81 |
| | | | | NY PFL | $13.34 | | $585.12 | | | |
| | | | | NY3301 - New York City ResidentLIT | $106.95 | | | | | |
| | | | | | $953.08 | | | | | |

**Total Net Pays for - 3 - Sail Club Staff: 1**

**Department: 5 - Physical Plant**

**Employee:** ▮▮▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 40.00 | 22.0000 | 880.00 | FED FIT | 39.31 | New York voluntary disability | 1.20 | 665.46 | FED SOCSEC-ER | 48.93 |
| Overtime | 1.00 | 33.0000 | 33.00 | FED SOCSEC | 48.93 | Medical pre-tax 1 | 123.79 | | FED MEDCARE-ER | 11.44 |
| | 41.00 | | 913.00 | FED MEDCARE | 11.44 | Advance | 0.00 | | | 60.37 |
| | | | | NY SIT | 19.46 | | 124.99 | | | |
| | | | | NY PFL | 3.41 | | | | | |
| | | | | | 122.55 | | | | | |

**Employee:** ▮▮▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 62.50 | 26.0000 | 1,625.00 | FED FIT | 118.69 | New York voluntary disability | 1.20 | 1,259.78 | FED SOCSEC-ER | 100.75 |
| | 62.50 | | 1,625.00 | FED SOCSEC | 100.75 | | 1.20 | | FED MEDCARE-ER | 23.56 |
| | | | | FED MEDCARE | 23.57 | | | | | 124.31 |
| | | | | NY SIT | 65.28 | | | | | |
| | | | | NY PFL | 6.06 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 49.67 | | | | | |

Company: One15 Brooklyn Marina LLC  
Check date: 10/04/2024  
Pay Period: 09/16/2024 to: 09/29/2024  

2 of 4  

Date Printed: 10/02/2024 09:33  
22203325 - RX/5CT

## Payroll Preview

| Hours and Earnings ||||  Taxes || Deductions ||  | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|  |  |  |  |  | 364.02 |  |  |  |  |  |
| **Employee:** ▓▓▓▓ |  |  |  |  |  |  |  |  |  |  |
| Regular | 66.75 | 39.3700 | 2,627.95 | FED FIT | 238.37 | New York | 1.20 | 1,956.70 | FED SOCSEC-ER | 155.62 |
|  | 66.75 |  | 2,627.95 | FED SOCSEC | 155.62 | voluntary disability |  |  | FED MEDCARE-ER | 36.39 |
|  |  |  |  | FED MEDCARE | 36.40 | Medical pre-tax 1 | 118.03 |  |  | 192.01 |
|  |  |  |  | NY SIT | 111.83 |  | 119.23 |  |  |  |
|  |  |  |  | NY PFL | 9.80 |  |  |  |  |  |
|  |  |  |  |  | 552.02 |  |  |  |  |  |
| **Department Totals: 5 - Physical Plant** |  |  |  |  |  |  |  |  |  |  |
| Regular | 40.00 | 22.0000 | $880.00 | FED FIT | $396.37 | New York | $3.60 | $3,881.94 | FED SOCSEC-ER | $305.30 |
| Regular | 62.50 | 26.0000 | $1,625.00 | FED SOCSEC | $305.30 | voluntary disability |  |  | FED MEDCARE-ER | $71.39 |
| Regular | 66.75 | 39.3700 | $2,627.95 | FED MEDCARE | $71.41 | Medical pre-tax 1 | $241.82 |  |  | $376.69 |
| Overtime | 1.00 | 33.0000 | $33.00 | NY SIT | $196.57 | Advance | $0.00 |  |  |  |
|  | 170.25 |  | $5,165.95 | NY PFL | $19.27 |  | $245.42 |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | $49.67 |  |  |  |  |  |
|  |  |  |  |  | $1,038.59 |  |  |  |  |  |
| **Total Net Pays for - 5 - Physical Plant: 3** |  |  |  |  |  |  |  |  |  |  |
| **Department: 8 - Administration** |  |  |  |  |  |  |  |  |  |  |
| **Employee: Lau, Estelle T** |  |  |  |  |  |  |  |  |  |  |
| Regular |  | 0.00 | 2,307.69 | FED FIT | 52.45 | New York | 1.20 | 1,755.25 | FED SOCSEC-ER | 142.36 |
|  | 0.00 |  | 2,307.69 | FED SOCSEC | 142.36 | voluntary disability |  |  | FED MEDCARE-ER | 33.29 |
|  |  |  |  | FED MEDCARE | 33.29 | ADP RS employee before-tax % | 230.76 |  | ADP RS employer match | 92.30 |
|  |  |  |  | NY SIT | 74.69 |  |  |  |  | 267.95 |
|  |  |  |  | NY PFL | 6.07 | Medical pre-tax 1 | 11.62 |  |  |  |
|  |  |  |  |  | 308.86 |  | 243.58 |  |  |  |
| **Employee:** ▓▓▓▓ |  |  |  |  |  |  |  |  |  |  |
| Regular |  | 0.00 | 3,028.85 | FED FIT | 208.98 | New York | 1.20 | 1,824.44 | FED SOCSEC-ER | 187.79 |
|  | 0.00 |  | 3,028.85 | FED SOCSEC | 187.78 | voluntary disability |  |  | FED MEDCARE-ER | 43.92 |
|  |  |  |  | FED MEDCARE | 43.92 | ADP RS employee before-tax % | 302.88 |  | ADP RS employer match | 121.14 |
|  |  |  |  | NY SIT | 127.95 |  |  |  |  | 352.85 |
|  |  |  |  | NY PFL | 11.30 | ADP RS 401(k) | 320.40 |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | 0.00 | loan 1 repayment |  |  |  |  |
|  |  |  |  |  |  |  | 624.48 |  |  |  |
|  |  |  |  |  | 579.93 |  |  |  |  |  |
| **Employee:** ▓▓▓▓ |  |  |  |  |  |  |  |  |  |  |
| Regular | 64.25 | 28.0000 | 1,799.00 | FED FIT | 166.03 | New York | 1.20 | 1,535.11 | FED SOCSEC-ER | 125.21 |
| Overtime | 5.25 | 42.0000 | 220.50 | FED SOCSEC | 125.21 | voluntary disability |  |  | FED MEDCARE-ER | 29.28 |
|  | 69.50 |  | 2,019.50 |  |  |  | 1.20 |  | NY SUI-ER | 64.29 |

## Payroll Preview

| Hours and Earnings ||| Taxes || Deductions || Net Pay | Employer ||
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| | | | | FED MEDCARE | 29.29 | | | | | 218.78 |
| | | | | NY SIT | 89.09 | | | | | |
| | | | | NY PFL | 7.53 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 66.04 | | | | | |
| | | | | | 483.19 | | | | | |

**Department Totals: 8 - Administration**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $5,336.54 | FED FIT | $427.46 | New York voluntary disability | $3.60 | $5,114.80 | FED SOCSEC-ER | $455.36 |
| Regular | 64.25 | 28.0000 | $1,799.00 | FED SOCSEC | $455.35 | ADP RS employee before-tax % | $533.64 | | FED MEDCARE-ER | $106.49 |
| Overtime | 5.25 | 42.0000 | $220.50 | FED MEDCARE | $106.50 | Medical pre-tax 1 | $11.62 | | NY SUI-ER | $64.29 |
| | 69.50 | | $7,356.04 | NY SIT | $291.73 | ADP RS 401(k) loan 1 repayment | $320.40 | | ADP RS employer match | $213.44 |
| | | | | NY PFL | $24.90 | | | | | $839.58 |
| | | | | NY3301 - New York City ResidentLIT | $66.04 | | $869.26 | | | |
| | | | | | $1,371.98 | | | | | |

**Total Net Pays for - 8 - Administration: 3**

**Company Totals:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $12,375.01 | FED FIT | $1,688.98 | New York voluntary disability | $10.05 | $13,557.05 | FED SOCSEC-ER | $1,201.91 |
| Regular | 5.00 | 18.0000 | $90.00 | FED SOCSEC | $1,201.88 | ADP RS employee before-tax % | $1,105.94 | | FED MEDCARE-ER | $281.08 |
| Regular | 40.00 | 22.0000 | $880.00 | FED MEDCARE | $281.11 | Medical pre-tax 1 | $265.06 | | FED FUTA | $0.54 |
| Regular | 62.50 | 26.0000 | $1,625.00 | NY SIT | $799.70 | Advance | $0.00 | | NY SUI-ER | $67.35 |
| Regular | 64.25 | 28.0000 | $1,799.00 | NY PFL | $70.76 | ADP RS 401(k) loan 1 repayment | $320.40 | | ADP RS employer match | $356.50 |
| Regular | 66.75 | 39.3700 | $2,627.95 | NY3301 - New York City ResidentLIT | $349.53 | | | | | $1,907.38 |
| Overtime | 1.00 | 33.0000 | $33.00 | | | | | | | |
| Overtime | 5.25 | 42.0000 | $220.50 | | $4,391.96 | | $1,701.45 | | | |
| | 244.75 | | $19,650.46 | | | | | | | |

**Total Net Pays for - Company: 9**

Company: One15 Brooklyn Marina LLC  
Check date: 10/04/2024  
Pay Period: 09/16/2024 to: 09/29/2024

Date Printed: 10/02/2024 09:33  
22203325 - RX/5CT

**ONE15 Brooklyn Sail Club, LLC**
**24-44032-ESS**

Payroll Report
(September 16, 2024 through September 29, 2024)

## Payroll Preview

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |

**Department: 1 - Administration**

**Employee:**

| Regular | 0.00 | | 2,384.61 | FED FIT | 164.06 | New York voluntary disability | 1.20 | 1,500.37 | FED SOCSEC-ER | 147.85 |
| | 0.00 | | 2,384.61 | FED SOCSEC | 147.85 | ADP RS employee before-tax % | 381.53 | | FED MEDCARE-ER | 34.58 |
| | | | | FED MEDCARE | 34.58 | | | | ADP RS employer match | 95.37 |
| | | | | NY SIT | 83.96 | | 382.73 | | | 277.80 |
| | | | | NY PFL | 8.89 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 62.17 | | | | | |
| | | | | | 501.51 | | | | | |

**Department Totals: 1 - Administration**

| Regular | 0.00 | | $2,384.61 | FED FIT | $164.06 | New York voluntary disability | $1.20 | $1,500.37 | FED SOCSEC-ER | $147.85 |
| | 0.00 | | $2,384.61 | FED SOCSEC | $147.85 | ADP RS employee before-tax % | $381.53 | | FED MEDCARE-ER | $34.58 |
| | | | | FED MEDCARE | $34.58 | | | | ADP RS employer match | $95.37 |
| | | | | NY SIT | $83.96 | | $382.73 | | | $277.80 |
| | | | | NY PFL | $8.89 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | $62.17 | | | | | |
| | | | | | $501.51 | | | | | |

**Total Net Pays for - 1 - Administration: 1**

**Company Totals:**

| Regular | 0.00 | | $2,384.61 | FED FIT | $164.06 | New York voluntary disability | $1.20 | $1,500.37 | FED SOCSEC-ER | $147.85 |
| | 0.00 | | $2,384.61 | FED SOCSEC | $147.85 | ADP RS employee before-tax % | $381.53 | | FED MEDCARE-ER | $34.58 |
| | | | | FED MEDCARE | $34.58 | | | | ADP RS employer match | $95.37 |
| | | | | NY SIT | $83.96 | | $382.73 | | | $277.80 |
| | | | | NY PFL | $8.89 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | $62.17 | | | | | |
| | | | | | $501.51 | | | | | |

**Total Net Pays for - Company: 1**

Company: One15 Brooklyn Sail Club LLC            1 of 1            Date Printed: 10/02/2024 09:35
Check date: 10/04/2024                                                23297979 - RB/D24
Pay Period: 09/16/2024 to: 09/29/2024

**ONE15 Restaurant LLC**
*dba* **Estuary at ONE15 Brooklyn Marina**
**24-44030-ESS**

Payroll Report
(September 23, 2024 through September 29, 2024)

# Payroll Preview

| Hours and Earnings ||||  Taxes || Deductions |||  Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Department: 10 - Restaurant** |||||||||||
| **Employee:** ▮ |||||||||||
| Credit card tips owed | 0.00 | | 177.83 | FED FIT | 0.00 | New York voluntary disability | 0.60 | 159.88 | FED SOCSEC-ER | 11.03 |
| | | | | FED SOCSEC | 11.02 | | | | FED MEDCARE-ER | 2.58 |
| | 0.00 | | 177.83 | FED MEDCARE | 2.58 | | 0.60 | | | 13.61 |
| | | | | NY SIT | 1.42 | | | | | |
| | | | | NY PFL | 0.66 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 1.67 | | | | | |
| | | | | | 17.35 | | | | | |
| **Employee:** ▮ |||||||||||
| Regular | 28.50 | 20.0000 | 570.00 | FED FIT | 35.25 | New York voluntary disability | 0.60 | 453.27 | FED SOCSEC-ER | 35.34 |
| | | | | FED SOCSEC | 35.34 | | | | FED MEDCARE-ER | 8.27 |
| | 28.50 | | 570.00 | FED MEDCARE | 8.27 | | 0.60 | | | 43.61 |
| | | | | NY SIT | 20.36 | | | | | |
| | | | | NY PFL | 2.13 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 14.78 | | | | | |
| | | | | | 116.13 | | | | | |
| **2nd Check** |||||||||||
| Tipped hours | 2.00 | 16.0000 | 32.00 | FED FIT | 5.00 | New York voluntary disability | 0.45 | 72.40 | FED SOCSEC-ER | 5.59 |
| Cash tips* | 0.00 | | 5.00 | FED SOCSEC | 5.59 | | | | FED MEDCARE-ER | 1.31 |
| Credit card tips owed | 0.00 | | 53.09 | FED MEDCARE | 1.31 | | 0.45 | | | 6.90 |
| | 2.00 | | 85.09 | NY SIT | 0.00 | | | | | |
| | | | | NY PFL | 0.34 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 0.00 | | | | | |
| | | | | | 12.24 | | | | | |
| **3rd Check** |||||||||||
| Overtime | 6.00 | 24.0000 | 144.00 | FED FIT | 5.00 | New York voluntary disability | 0.60 | 125.81 | FED SOCSEC-ER | 8.93 |
| | | | | FED SOCSEC | 8.92 | | | | FED MEDCARE-ER | 2.09 |
| | 6.00 | | 144.00 | FED MEDCARE | 2.08 | | 0.60 | | | 11.02 |
| | | | | NY SIT | 0.07 | | | | | |
| | | | | NY PFL | 0.54 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 0.98 | | | | | |
| | | | | | 17.59 | | | | | |
| **Employee:** ▮ |||||||||||

Company: One15 Restaurant LLC  
Check date: 10/04/2024  
Pay Period: 09/23/2024 to: 09/29/2024  
1 of 7  
Date Printed: 10/02/2024 09:31  
24837513 - RB/5SB

## Payroll Preview

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Regular | 0.00 | | 1,442.31 | FED FIT | 160.40 | New York voluntary disability | 0.60 | 1,046.09 | FED SOCSEC-ER | 89.42 |
| | 0.00 | | 1,442.31 | FED SOCSEC | 89.42 | | | | FED MEDCARE-ER | 20.91 |
| | | | | FED MEDCARE | 20.91 | | 0.60 | | | 110.33 |
| | | | | NY SIT | 68.34 | | | | | |
| | | | | NY PFL | 5.38 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 51.17 | | | | | |
| | | | | | 395.62 | | | | | |

**Department Totals: 10 - Restaurant**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | $1,442.31 | FED FIT | $205.65 | New York voluntary disability | $2.85 | $1,857.45 | FED SOCSEC-ER | $150.31 |
| Regular | 28.50 | 20.0000 | $570.00 | FED SOCSEC | $150.29 | | | | FED MEDCARE-ER | $35.16 |
| Overtime | 6.00 | 24.0000 | $144.00 | FED MEDCARE | $35.15 | | $2.85 | | | $185.47 |
| Tipped hours | 2.00 | 16.0000 | $32.00 | NY SIT | $90.19 | | | | | |
| Cash tips* | 0.00 | | $5.00 | NY PFL | $9.05 | | | | | |
| Credit card tips owed | 0.00 | | $230.92 | NY3301 - New York City ResidentLIT | $68.60 | | | | | |
| | 36.50 | | $2,419.23 | | $558.93 | | | | | |

**Total Net Pays for - 10 - Restaurant: 5**

**Department: 11 - Pastry Kitchen**

**Employee:** ▮▮▮▮

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 14.00 | 21.0000 | 294.00 | FED FIT | 1.32 | New York voluntary disability | 0.60 | 257.89 | FED SOCSEC-ER | 18.23 |
| | 14.00 | | 294.00 | FED SOCSEC | 18.23 | | | | FED MEDCARE-ER | 4.26 |
| | | | | FED MEDCARE | 4.26 | | 0.60 | | | 22.49 |
| | | | | NY SIT | 6.07 | | | | | |
| | | | | NY PFL | 1.10 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 4.53 | | | | | |
| | | | | | 35.51 | | | | | |

**2nd Check**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tipped hours | 9.50 | 18.0000 | 171.00 | FED FIT | 0.00 | New York voluntary disability | 0.60 | 158.05 | FED SOCSEC-ER | 11.10 |
| Cash tips* | 0.00 | | 2.86 | FED SOCSEC | 11.10 | | | | FED MEDCARE-ER | 2.60 |
| Credit card tips owed | 0.00 | | 5.19 | FED MEDCARE | 2.60 | | 0.60 | | | 13.70 |
| | 9.50 | | 176.19 | NY SIT | 1.47 | | | | | |
| | | | | NY PFL | 0.67 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 1.70 | | | | | |
| | | | | | 17.54 | | | | | |

**Department Totals: 11 - Pastry Kitchen**

## Payroll Preview

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| Regular | 14.00 | 21.0000 | $294.00 | FED FIT | $1.32 | New York | $1.20 | $415.94 | FED SOCSEC-ER | $29.33 |
| Tipped hours | 9.50 | 18.0000 | $171.00 | FED SOCSEC | $29.33 | voluntary disability | | | FED MEDCARE-ER | $6.86 |
| Cash tips* | 0.00 | | $2.86 | FED MEDCARE | $6.86 | | $1.20 | | | $36.19 |
| Credit card tips owed | 0.00 | | $5.19 | NY SIT | $7.54 | | | | | |
| | 23.50 | | $470.19 | NY PFL | $1.77 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | $6.23 | | | | | |
| | | | | | $53.05 | | | | | |

**Total Net Pays for - 11 - Pastry Kitchen: 2**

**Department: 12 - Bar**

**Employee:** ▬▬▬▬

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tipped hours | 25.00 | 15.0000 | 375.00 | FED FIT | 94.17 | New York | 0.60 | 719.74 | FED SOCSEC-ER | 63.24 |
| Tip Credit** | 25.00 | 1.0000 | 25.00 | FED SOCSEC | 63.24 | voluntary disability | | | FED MEDCARE-ER | 14.79 |
| Cash tips* | 0.00 | | 47.00 | FED MEDCARE | 14.79 | | 0.60 | | | 78.03 |
| Credit card tips owed | 0.00 | | 598.04 | NY SIT | 44.05 | | | | | |
| | 25.00 | | 973.04 | NY PFL | 3.80 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 32.65 | | | | | |
| | | | | | 252.70 | | | | | |

**Employee:** ▬▬▬▬

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tipped hours | 8.25 | 16.0000 | 132.00 | FED FIT | 0.00 | New York | 0.60 | 325.13 | FED SOCSEC-ER | 23.45 |
| Cash tips* | 0.00 | | 5.00 | FED SOCSEC | 23.45 | voluntary disability | | | FED MEDCARE-ER | 5.48 |
| Credit card tips owed | 0.00 | | 241.23 | FED MEDCARE | 5.49 | | 0.60 | | | 28.93 |
| | 8.25 | | 373.23 | NY SIT | 9.88 | | | | | |
| | | | | NY PFL | 1.41 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 7.27 | | | | | |
| | | | | | 47.50 | | | | | |

**Department Totals: 12 - Bar**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Tipped hours | 25.00 | 15.0000 | $375.00 | FED FIT | $94.17 | New York | $1.20 | $1,044.87 | FED SOCSEC-ER | $86.69 |
| Tipped hours | 8.25 | 16.0000 | $132.00 | FED SOCSEC | $86.69 | voluntary disability | | | FED MEDCARE-ER | $20.27 |
| Tip Credit** | 25.00 | 1.0000 | $25.00 | FED MEDCARE | $20.28 | | $1.20 | | | $106.96 |
| Cash tips* | 0.00 | | $52.00 | NY SIT | $53.93 | | | | | |
| Credit card tips owed | 0.00 | | $839.27 | NY PFL | $5.21 | | | | | |
| | 33.25 | | $1,346.27 | NY3301 - New York City ResidentLIT | $39.92 | | | | | |
| | | | | | $300.20 | | | | | |

**Total Net Pays for - 12 - Bar: 2**

Company: One15 Restaurant LLC  
Check date: 10/04/2024  
Pay Period: 09/23/2024 to: 09/29/2024

3 of 7

Date Printed: 10/02/2024 09:31  
24837513 - RB/5SB

## Payroll Preview

| Hours and Earnings | | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Department: 13 - Shop** | | | | | | | | | | |
| **Employee:** ▇▇▇▇▇▇ | | | | | | | | | | |
| Tipped hours | 6.25 | 17.0000 | 106.25 | FED FIT | 0.00 | New York voluntary disability | 0.60 | 107.06 | FED SOCSEC-ER | 7.56 |
| Cash tips* | 0.00 | | 4.00 | FED SOCSEC | 7.56 | | | | FED MEDCARE-ER | 1.77 |
| Credit card tips owed | 0.00 | | 11.71 | FED MEDCARE | 1.76 | | 0.60 | | | 9.33 |
| | 6.25 | | 117.96 | NY SIT | 0.00 | | | | | |
| | | | | NY PFL | 0.45 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 0.53 | | | | | |
| | | | | | 10.30 | | | | | |
| **2nd Check** | | | | | | | | | | |
| Tipped hours | 6.75 | 17.0000 | 114.75 | FED FIT | 18.15 | New York voluntary disability | 0.60 | 376.44 | FED SOCSEC-ER | 28.66 |
| Cash tips* | 0.00 | | 5.00 | FED SOCSEC | 28.66 | | | | FED MEDCARE-ER | 6.70 |
| Credit card tips owed | 0.00 | | 342.49 | FED MEDCARE | 6.71 | | 0.60 | | | 35.36 |
| | 6.75 | | 457.24 | NY SIT | 14.43 | | | | | |
| | | | | NY PFL | 1.72 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 10.53 | | | | | |
| | | | | | 80.20 | | | | | |
| **Employee:** ▇▇▇▇▇▇ | | | | | | | | | | |
| Regular | 20.75 | 18.0000 | 373.50 | FED FIT | 9.27 | New York voluntary disability | 0.60 | 316.92 | FED SOCSEC-ER | 23.16 |
| | 20.75 | | 373.50 | FED SOCSEC | 23.16 | | | | FED MEDCARE-ER | 5.42 |
| | | | | FED MEDCARE | 5.42 | | 0.60 | | NY SUI-ER | 11.95 |
| | | | | NY SIT | 9.63 | | | | | 40.53 |
| | | | | NY PFL | 1.39 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 7.11 | | | | | |
| | | | | | 55.98 | | | | | |
| **Employee:** ▇▇▇▇▇▇ | | | | | | | | | | |
| Tipped hours | 2.00 | 16.0000 | 32.00 | FED FIT | 0.00 | New York voluntary disability | 0.46 | 84.42 | FED SOCSEC-ER | 5.72 |
| Credit card tips owed | 0.00 | | 60.28 | FED SOCSEC | 5.72 | | | | FED MEDCARE-ER | 1.34 |
| | | | | FED MEDCARE | 1.34 | | 0.46 | | FED FUTA | 0.55 |
| | 2.00 | | 92.28 | NY SIT | 0.00 | | | | NY SUI-ER | 2.95 |
| | | | | NY PFL | 0.34 | | | | | 10.56 |
| | | | | NY3301 - New York City ResidentLIT | 0.00 | | | | | |
| | | | | | 7.40 | | | | | |
| **2nd Check** | | | | | | | | | | |

Company: One15 Restaurant LLC  
Check date: 10/04/2024  
Pay Period: 09/23/2024 to: 09/29/2024

4 of 7

Date Printed: 10/02/2024 09:31  
24837513 - RB/5SB

## Payroll Preview

| Hours and Earnings | | | Taxes | | Deductions | | Net Pay | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Liability | Amount |
| Tipped hours | 9.25 | 18.0000 | 166.50 | FED FIT | 0.00 | New York voluntary disability | 0.60 | 158.85 | FED SOCSEC-ER | 11.35 |
| Cash tips* | 0.00 | | 5.50 | FED SOCSEC | 11.35 | | | | FED MEDCARE-ER | 2.65 |
| Credit card tips owed | 0.00 | | 11.04 | FED MEDCARE | 2.65 | | 0.60 | | FED FUTA | 1.10 |
| | | | | NY SIT | 1.63 | | | | NY SUI-ER | 5.86 |
| | 9.25 | | 177.54 | NY PFL | 0.68 | | | | | 20.96 |
| | | | | NY3301 - New York City ResidentLIT | 1.78 | | | | | |
| | | | | | 18.09 | | | | | |

**Employee:** ▇▇▇▇▇

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 3.15 | 18.0000 | 56.70 | FED FIT | 0.00 | New York voluntary disability | 0.28 | 51.87 | FED SOCSEC-ER | 3.52 |
| | 3.15 | | 56.70 | FED SOCSEC | 3.52 | | | | FED MEDCARE-ER | 0.82 |
| | | | | FED MEDCARE | 0.82 | | 0.28 | | FED FUTA | 0.34 |
| | | | | NY SIT | 0.00 | | | | NY SUI-ER | 1.81 |
| | | | | NY PFL | 0.21 | | | | | 6.49 |
| | | | | NY3301 - New York City ResidentLIT | 0.00 | | | | | |
| | | | | | 4.55 | | | | | |

**Department Totals: 13 - Shop**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 23.90 | 18.0000 | $430.20 | FED FIT | $27.42 | New York voluntary disability | $3.14 | $1,095.56 | FED SOCSEC-ER | $79.97 |
| Tipped hours | 2.00 | 16.0000 | $32.00 | FED SOCSEC | $79.97 | | | | FED MEDCARE-ER | $18.70 |
| Tipped hours | 13.00 | 17.0000 | $221.00 | FED MEDCARE | $18.70 | | $3.14 | | FED FUTA | $1.99 |
| Tipped hours | 9.25 | 18.0000 | $166.50 | NY SIT | $25.69 | | | | NY SUI-ER | $22.57 |
| Cash tips* | 0.00 | | $14.50 | NY PFL | $4.79 | | | | | $123.23 |
| Credit card tips owed | 0.00 | | $425.52 | NY3301 - New York City ResidentLIT | $19.95 | | | | | |
| | 48.15 | | $1,275.22 | | $176.52 | | | | | |

**Total Net Pays for - 13 - Shop: 6**

**Department: 8 - Administration**

**Employee:** ▇▇▇▇▇

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 1,296.15 | FED FIT | 55.56 | New York voluntary disability | 0.60 | 1,030.75 | FED SOCSEC-ER | 80.36 |
| | 0.00 | | 1,296.15 | FED SOCSEC | 80.36 | | | | FED MEDCARE-ER | 18.79 |
| | | | | FED MEDCARE | 18.79 | | 0.60 | | | 99.15 |
| | | | | NY SIT | 60.30 | | | | | |
| | | | | NY PFL | 4.83 | | | | | |
| | | | | NY3301 - New York City ResidentLIT | 44.96 | | | | | |
| | | | | | 264.80 | | | | | |

**Employee:** ▇▇▇▇▇

---

Company: One15 Restaurant LLC  
Check date: 10/04/2024  
Pay Period: 09/23/2024 to: 09/29/2024

Date Printed: 10/02/2024 09:31  
24837513 - RB/5SB

## Payroll Preview

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Regular | 5.50 | 20.0000 | 110.00 | FED FIT | 0.00 | New York voluntary disability | 0.55 | 100.35 | FED SOCSEC-ER | 6.82 |
|  | 5.50 |  | 110.00 | FED SOCSEC | 6.82 |  |  |  | FED MEDCARE-ER | 1.60 |
|  |  |  |  | FED MEDCARE | 1.59 |  | 0.55 |  | NY SUI-ER | 3.52 |
|  |  |  |  | NY SIT | 0.00 |  |  |  |  | 11.94 |
|  |  |  |  | NY PFL | 0.41 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | 0.28 |  |  |  |  |  |
|  |  |  |  |  | 9.10 |  |  |  |  |  |

**Department Totals: 8 - Administration**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 |  | $1,296.15 | FED FIT | $55.56 | New York voluntary disability | $1.15 | $1,131.10 | FED SOCSEC-ER | $87.18 |
| Regular | 5.50 | 20.0000 | $110.00 | FED SOCSEC | $87.18 |  |  |  | FED MEDCARE-ER | $20.39 |
|  | 5.50 |  | $1,406.15 | FED MEDCARE | $20.38 |  | $1.15 |  | NY SUI-ER | $3.52 |
|  |  |  |  | NY SIT | $60.30 |  |  |  |  | $111.09 |
|  |  |  |  | NY PFL | $5.24 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | $45.24 |  |  |  |  |  |
|  |  |  |  |  | $273.90 |  |  |  |  |  |

**Total Net Pays for - 8 - Administration: 2**

**Department: 9 - Restaurant Kitchen**

**Employee:** ▇▇▇▇▇▇▇

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 23.00 | 18.0000 | 414.00 | FED FIT | 13.32 | New York voluntary disability | 0.60 | 346.48 | FED SOCSEC-ER | 25.67 |
|  | 23.00 |  | 414.00 | FED SOCSEC | 25.66 |  |  |  | FED MEDCARE-ER | 6.00 |
|  |  |  |  | FED MEDCARE | 6.00 |  | 0.60 |  | NY SUI-ER | 13.25 |
|  |  |  |  | NY SIT | 11.78 |  |  |  |  | 44.92 |
|  |  |  |  | NY PFL | 1.54 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | 8.62 |  |  |  |  |  |
|  |  |  |  |  | 66.92 |  |  |  |  |  |

**Department Totals: 9 - Restaurant Kitchen**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 23.00 | 18.0000 | $414.00 | FED FIT | $13.32 | New York voluntary disability | $0.60 | $346.48 | FED SOCSEC-ER | $25.67 |
|  | 23.00 |  | $414.00 | FED SOCSEC | $25.66 |  |  |  | FED MEDCARE-ER | $6.00 |
|  |  |  |  | FED MEDCARE | $6.00 |  | $0.60 |  | NY SUI-ER | $13.25 |
|  |  |  |  | NY SIT | $11.78 |  |  |  |  | $44.92 |
|  |  |  |  | NY PFL | $1.54 |  |  |  |  |  |
|  |  |  |  | NY3301 - New York City ResidentLIT | $8.62 |  |  |  |  |  |
|  |  |  |  |  | $66.92 |  |  |  |  |  |

**Total Net Pays for - 9 - Restaurant Kitchen: 1**

## Payroll Preview

| Hours and Earnings ||| | Taxes || Deductions || Net Pay | Employer ||
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | | Liability | Amount |
| **Company Totals:** | | | | | | | | | | |
| Regular | 0.00 | | $2,738.46 | FED FIT | $397.44 | New York | $10.14 | $5,891.40 | FED SOCSEC-ER | $459.15 |
| Regular | 46.90 | 18.0000 | $844.20 | FED SOCSEC | $459.12 | voluntary disability | | | FED MEDCARE-ER | $107.38 |
| Regular | 34.00 | 20.0000 | $680.00 | FED | $107.37 | | $10.14 | | FED FUTA | $1.99 |
| Regular | 14.00 | 21.0000 | $294.00 | MEDCARE | | | | | NY SUI-ER | $39.34 |
| Overtime | 6.00 | 24.0000 | $144.00 | NY SIT | $249.43 | | | | | $607.86 |
| Tipped hours | 25.00 | 15.0000 | $375.00 | NY PFL | $27.60 | | | | | |
| Tipped hours | 12.25 | 16.0000 | $196.00 | NY3301 - New | $188.56 | | | | | |
| Tipped hours | 13.00 | 17.0000 | $221.00 | York City | | | | | | |
| Tipped hours | 18.75 | 18.0000 | $337.50 | ResidentLIT | | | | | | |
| Tip Credit** | 25.00 | 1.0000 | $25.00 | | $1,429.52 | | | | | |
| Cash tips* | 0.00 | | $74.36 | | | | | | | |
| Credit card tips owed | 0.00 | | $1,500.90 | | | | | | | |
| | 169.90 | | $7,331.06 | | | | | | | |
| **Total Net Pays for - Company: 18** | | | | | | | | | | |

\* Items Not Paid To Employee
\*\* Items Not Paid To Employee and Excluded From Some Wages