UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

| | |
|---|---|
| ONE EDGE MARINA FINANCE<br>COMPANY LLC, | Chapter 11<br>Case No. 24-44027-ESS |
| Debtor. | |

------------------------------------------------------------X
In re:

| | |
|---|---|
| ONE15 BROOKLYN MARINA, LLC, | Chapter 11<br>Case No. 24-44028-ESS |
| Debtor. | |

------------------------------------------------------------X
In re:

| | |
|---|---|
| ONE15 RESTAURANT LLC<br>*dba* Estuary at ONE15 Brooklyn Marina, | Chapter 11<br>Case No. 24-44030-ESS |
| Debtor. | |

------------------------------------------------------------X
In re:

| | |
|---|---|
| ONE15 BROOKLYN SAIL CLUB, LLC, | Chapter 11<br>Case No. 24-44032-ESS |
| Debtor. | |

------------------------------------------------------------X

**~~AMENDED~~ ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE ~~FOR ENTRY OF AN ORDER~~ DIRECTING THE JOINT ADMINISTRATION OF THE CHAPTER 11 CASES**

**UPON** the motion dated September 26, 2024, (the "**Motion**")[ECF No. 3] of One Edge Marina Finance Company LLC ("**One Edge**"), ONE15 Brooklyn Marina, LLC ("**Marina**"), ONE15 Restaurant LLC ("**Restaurant**") and ONE15 Sail Club, LLC ("**Sail Club**" and together with One Edge, Marina, and Restaurant, the "**Debtors**"), the above captioned debtors and debtors-in-possession, by their proposed attorneys, Kirby Aisner & Curley LLP, for entry of an order directing the joint administration of the Chapter 11 cases; and it appearing that due and sufficient

notice of the Motion and the hearing thereon was provided; and after due deliberation, it appearing that joint administration of the above captioned Chapter 11 cases is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and good and sufficient cause appearing therefor, it is hereby

~~**ORDERED**, that the Motion is granted to the extent set forth herein; and it further~~

**ORDERED**, that pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, the above captioned Chapter 11 cases are consolidated for procedural purposes only, and shall be jointly administered by the Court; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned Chapter 11 Cases; and it is further

**ORDERED**, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

| | |
|---|---|
| | Chapter 11 |
| ONE EDGE MARINA FINANCE | Lead Case No. 24-44027-ESS |
| COMPANY LLC, et al. | Jointly Administered |

                        Debtors.
---------------------------------------------------------X

; and it is further

**ORDERED**, that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases commenced in ONE Edge Marina Finance Company LLC, ONE15 Brooklyn Marina, LLC, ONE15 Restaurant LLC and ONE15

> Brooklyn Sail Club, LLC. The docket in Case No. 24-44027-ESS should be consulted for all matters affecting the above listed cases."

; and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED,** that each of the Debtors shall maintain separate bank accounts, separate books and records, and file separate monthly operating reports; and it is further

**ORDERED,** that the Debtors shall undertake to file a consolidated mailing matrix in the lead case, as designated herein; and it is further

**ORDERED**, that each Debtor will file its own separate schedules and separate statement of financial affairs, maintain a separate claims register, file its own separate monthly operating reports, and pay its own U.S. Trustee quarterly fees (and applicable interest thereon); and it is further

**ORDERED**, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that, to the extent that any affiliates of the Debtors subsequently commence Chapter 11 cases, the affiliate may seek joint administration of the newly filed case with the jointly administered cases by seeking the relief upon presentment; and it is further

**ORDERED**, that the Bankruptcy Court may retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Brooklyn, New York
October 2, 2024

Elizabeth S. Stong
United States Bankruptcy Judge